# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2479
_____

DEQUANTE MARQUISE PERRY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

March 18, 2026


PER CURIAM.

AFFIRMED. *See Johnson v. State*, 301 So. 3d 443, 448 (Fla. 1st DCA 2020) (citing *Serrano v. State*, 279 So. 3d 296, 302 (Fla. 1st DCA 2019)) ("[T]here must be some affirmative indication that a trial court actually based the sentence on an impermissible factor before an otherwise legal sentence will be reversed.").

OSTERHAUS, C.J., and RAY and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Jessica J. Yeary, Public Defender, and Danielle Jorden, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Benjamin L. Hoffman, Assistant Attorney General, Tallahassee, for Appellee.